IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TEMBEDZA CHIGOVANYIKA,

    Plaintiff,

    v.

ENHANCED RECOVERY CORPORATION,

    Defendant.
    /

No. C 10-03483 WHA

**ORDER RE NOTICE OF SETTLEMENT**

    The Court acknowledges and thanks plaintiff for its notice of settlement in the captioned matter but cautions that all deadlines remain in effect until a dismissal is filed.

    **IT IS SO ORDERED.**

Dated: December 28, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE