IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TEMBEDZA CHIGOVANYIKA,

    Plaintiff,

  v.

ENHANCED RECOVERY CORPORATION,

    Defendant.
                                      /

No. C 10-03483 WHA

**CORRECTIVE NOTICE RE CASE MANAGEMENT ORDER**

       The case management order in this action included a goofed-up "subject-to" clause at the outset of the paragraph dealing with experts. Please ignore the "subject-to" clause. The paragraph should simply begin, "The last date for designation . . . . "

Dated: January 5, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE