IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TEMBEDZA CHIGOVANYIKA, | No. C 10-03483 WHA |
| Plaintiff, | |
| v. | **ORDER REGARDING ATTENDANCE AT SEPTEMBER 29 HEARING** |
| ENHANCED RECOVERY CORPORATION, | |
| Defendant. | |

As previously stated, the September 29 hearing must be attended by plaintiff Tembedza Chigovanyika, as well as his counsel of record (Attorney Christopher Addy) and counsel for defendant. Attorney Addy is responsible for making sure that his client attends the hearing. Additionally, if plaintiff has found a new lawyer as Attorney Addy suggests, then the new lawyer also must attend the September 29 hearing.

**IT IS SO ORDERED.**

Dated: September 13, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE